# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

————————

No. 05-2379

————————

Carl J. Hach,                              *
                                           *
          Appellant,                       *
                                           *   Appeal from the United States
     v.                                    *   District Court for the
                                           *   District of Minnesota.
Marty C. Anderson,                         *
                                           *   [UNPUBLISHED]
          Appellee.                        *

————————

Submitted: August 3, 2006
Filed: August 8, 2006

————————

Before MURPHY, BYE, and MELLOY, Circuit Judges.

————————

PER CURIAM.

Federal inmate Carl J. Hach appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition, in which he challenged two prison disciplinary violations and the resulting loss of good-time credit. The district court held that the finding of guilt on the first violation was supported by some evidence, and that Hach had procedurally defaulted his challenge to the second violation by not timely exhausting his administrative remedies. After carefully reviewing the record and the parties'

———————————

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.

submissions on appeal, we conclude the district court's judgment was correct. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____